AUSA Maggie Smith   313.226.9135
Special Agent Danielle Santia, FBI   313.600.8014

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Starlit Zhao

Case: 2:16-mj-30341
Assigned To : Unassigned
Assign. Date : 8/2/2016
Description: CMP USA v. SEALED MATTER (SO)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 1, 2016 - August 1, 2016__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) | Production of child pornography |
| 18 U.S.C. 2252A(a)(2) | Receipt of child pornography |
| 18 U.S.C. 2422(b) | Online enticement of a minor |
| 18 U.S.C. 2423(b); (e) | Travel with intent to engage in illicit sexual activity |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_Danielle Santia_
Complainant's signature

Special Agent Danielle Santia, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: AUG 0 2 2016

_Mona Majzoub_
Judge's signature

City and state: Detroit, MI

United States Magistrate Judge   MONA K. MAJZOUB
Printed name and title

## AFFIDAVIT

I, Danielle A. Santia, Special Agent of the Federal Bureau of Investigation (FBI), currently assigned to the Detroit Division, Macomb County Resident Agency, Clinton Township, Michigan, being duly sworn, depose and state as follows:

### I.  INTRODUCTION

1. I have been employed with the FBI for approximately 11 years and am currently a Special Agent. I have been a Special Agent for approximately five years and have worked on multiple crimes against children investigations, to include child pornography, adults traveling to meet with minors for the purposes of engaging in sexual activity, and international parental kidnapping. During the course of these investigations, my duties have included writing search warrants, complaints and arrest warrants, participating in the execution of search warrants, the collection of evidence, interviewing subjects and witnesses of these cases, and testifying at various court proceedings in Federal Court and Michigan State Court. I am currently assigned to the Macomb County Child Exploitation Task Force, which purpose is to investigate criminal violations of both federal and state child pornography and child exploitation laws. In addition, I have been trained in

the investigation of computer crimes and the use of computers to store, transmit, print, and produce child pornography.

2. I submit this affidavit in support of an arrest warrant and criminal complaint for STARLIT ZHAO (date of birth XX/XX/1992), also known as "JIN ZHAO," for producing child pornography, in violation of 18 U.S.C. § 2251(a); receiving child pornography, in violation of 18 U.S.C. § 2242A(a)(2); online enticement of a minor, in violation of 18 U.S.C. 2422(b); and travel with intent to engage in illicit sexual activity (or attempt to do so), in violation of 18 U.S.C. 2423(b); (e).

3. The statements in this affidavit are based on my investigation of this matter as well as that of other FBI personnel, and law enforcement partners. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.

## II.   PROBABLE CAUSE

4. In April 2016, a concerned parent contacted the FBI Macomb County Resident Agency regarding his minor daughter, MV-1 One (MV-1), and her communications with an adult male via an Internet application, Skype.

5. In summer 2015, MV-1, date of birth XX/XX/2001, began communicating with an adult male she knew as JIN ZHAO via Skype. MV-1 believed

2

ZHAO lived in the state of Washington. MV-1 created graphics and voice-overs for ZHAO so that he could use them on various YouTube gaming videos he made. MV-1 worked on various art projects for ZHAO over many months. JIN ZHAO was also known to MV-1 as JIN BOP and the creator of JIN BOP GAMING.

6. In approximately February 2016, MV-1 began to wear a locket around her neck with a photograph of ZHAO inside. Around this same time, MV-1 asked her parents to purchase clothes, including underclothing garments she would not typically wear. Once MV-1 received the clothing, her parents noticed she was not wearing the clothing out of the house. Instead, they noticed her new underclothing on the floor of her bedroom near her computer desk. As such, her parents began to monitor MV-1's computer activity.

7. The concerned parents observed an audio recording between MV-1 and ZHAO where ZHAO can be heard asking MV-1 to "strip" her clothes off. ZHAO then gives advice to MV-1 on grooming her genital area. Also during this conversation, MV-1 tells ZHAO she is 14 years old and ZHAO acknowledges her age.

8. In approximately March 2016, JIN ZHAO discussed with MV-1 the possibility of MV-1 convincing her parents to take a family vacation to

3

Florida for a gaming convention so that ZHAO can meet MV-1 for the purpose of having sex.

9. On May 20, 2016, a 37 minute audio and video session on Skype was captured between MV-1 and JIN ZHAO. The following occurred during this conversation:

- MV-1 and ZHAO discussed trying to convince MV-1's parents to allow MV-1 to travel to Seattle, Washington, for the purpose of them meeting in person.

- MV-1 and ZHAO discussed MV-1 performing oral sex on ZHAO. MV-1 indicated she has never done this and asks ZHAO how to perform oral sex.

- MV-1 and ZHAO talked about MV-1's age of 14 years old. ZHAO indicated that the minimum age to work in Washington is 16 years old and that MV-1 had not attained that age.

- ZHAO offered to rent a hotel room if MV-1 traveled to visit him in Washington. ZHAO then asked MV-1 if he will be her "first," referring to first sexual partner.

- ZHAO asked MV-1 if he can kiss her and then specifically asked if he could kiss her between her legs, referring to her vagina.

4

- ZHAO then said to MV-1, "You should take off some clothes for me. What's behind your underwear? Can I give it a kiss?" MV-1, sitting in a chair with her knees pulled up to her chin and feet on the chair, then moves her underwear to the side, exposing her vagina to ZHAO.
- ZHAO's face can be observed during this video. ZHAO appeared to be an Asian male.

10. Affiant observed the 37 minute video in its entirety and concluded a section of the video met the federal definition of child pornography as defined in 18 USC 2256(8) because it depicts MV-1 lasciviously displaying her genitals in response to ZHAO's request.

11. On June 26, 2016, an IP address was located that was used by ZHAO during the various dates and times of communication between ZHAO and MV-1. The IP address was 73.221.61.36.

12. On June 29, 2016, Affiant discovered the service provider for the IP address was Comcast and subsequently served an administrative subpoena on Comcast to include subscriber information and IP logs for the time period of March 1, 2016 to June 29, 2016. On June 30, 2016, Comcast provided Affiant with the following information regarding the IP address 73.221.61.36:

5

| | |
|---|---|
| Subscriber Name: | WEN XU |
| Service Address: | 12XXX SE 29th Street |
| | Bellevue, WA 98005 |
| Telephone: | (425) 283-XXXX |
| Type of Service: | High Speed Internet Service |
| Account Number: | 849833008045XXXX |
| Account Status: | Active |
| IP Assignment: | Dynamically Assigned |
| Start of Service: | Unknown |
| E-mail User Ids: | xuwen@comcast.net |

13. An open source database query for 12XXX SE 29th Street, Bellevue, WA provided law enforcement with the following information: STARLIT ZHAO, Date of Birth xx/xx/1992, Address 12XXX SE 29th Street, Bellevue, WA, with a Washington driver's license.

14. The National Crime Information Center (NCIC) returned a Washington Driver's License image for ZHAO. Affiant compared this image to the male observed in the 37 minute video described above and concluded it is one in the same.

15. Between May 20, 2016 and July 1, 2016, MV-1 and ZHAO continued to communicate with each other via Skype. At this time, they also began communicating via text messaging.

6

16. On July 1, 2016, ZHAO and MV-1 again discussed meeting in person. Since MV-1 did not travel to Washington to visit ZHAO, ZHAO indicated he planned to travel to Detroit, Michigan so that he could meet MV-1.

17. On July 21, 2016, Affiant discovered ZHAO booked a flight from Seattle, Washington, to Detroit, Michigan for August 5, 2016. Specifically, ZHAO is scheduled to depart Seattle, Washington on Delta Flight 2800 on August 5, 2016 at 12:23 am (Pacific Standard Time) and will land in Detroit, Michigan on August 5, 2016 at 7:39 am.

18. On July 25, 2016, a conversation between ZHAO and MV-1 was captured and reviewed by Affiant. ZHAO said to MV-1: "You're going to give your first blow job in little over a week now. Think you're going to be much good at it?"

19. Also on July 25, 2016, MV-1 asked ZHAO if he is in love with her. ZHAO responds he is not in love with her and does not have love on his mind. MV-1 responds that he will see differently when he gets to Michigan and ZHAO replied "Maybe. Good sex will do that to me. Yeah, yeah, I'll treat you like my lover while I am there." ZHAO then discusses that maybe in four years, MV-1 will be his girlfriend. MV-1 questions why she will have to wait so long, and ZHAO corrects himself, saying "Three years." (Affiant

interpreted his part of the conversation to mean that when MV-1 is three years older, she will be 18 years of age, and then an adult.)

20. Affiant has compared the male voice in this conversation on July 25, 2016 to the male voice heard in the 37 minute video described in this Affidavit and concluded it is the same voice.

### III. CONCLUSION

21. Affiant respectfully submits that there is probable cause to believe that STARLIT ZHAO produced child pornography, in violation of 18 U.S.C. § 2251(a); received child pornography, in violation of 18 U.S.C. § 2242A(a)(2); engaged in online enticement of a minor, in violation of 18 U.S.C. 2422(b); and is attempting to travel with intent to engage in illicit sexual activity (or attempt to do so), in violation of 18 U.S.C. 2423(b); (e).

22. Wherefore by this affidavit and application, Affiant requests that the Court authorize the issuance of a criminal complaint and arrest warrant for STARLIT ZHAO.

_____
DANIELLE A. SANTIA
Special Agent, FBI

Sworn to me this 2nd day of August, 2016

_____
United States Magistrate Judge
MONA K. MAJZOUB
UNITED STATES MAGISTRATE JUDGE

8